## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joanne Wynkoop,

        Plaintiff,                 Civil 10-1408 (RHK/AJB)

vs.                          **DISQUALIFICATION AND**
                          **ORDER FOR REASSIGNMENT**

Wyeth, LLC, et al.,

        Defendants.


       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  April 13, 2010


                         s/Richard H. Kyle
                         RICHARD H. KYLE
                         United States District Judge